U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**19 CV 2982**

Robert W. Johnson,
Plaintiff,

Case No.:

Jury Trial: Yes.

v.

The Buffalo Police Department,
Officer Poblocki; Badge No. 172575,
& The State of New York.

## Complaint for a Civil case

I. The parties to this complaint

A. The Plaintiff(s)
Robert W. Johnson
3345 Fish Ave.
APT. 1
Bronx, NY 10469

(1)

RECEIVED
SDNY PRO SE OFFICE
2019 APR -2 PM 2:03
S.D. OF N.Y.

B. The defendant(s)
 1. The Buffalo Police Department
 2. Buffalo Police Office Poblocki; Badge No. 172575
 3. The State of New York

II. Basis for jurisdiction
 Federal Courts are courts of limited jurisdiction. Generally, only two types of cases can be heard in federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331. Constitution or federal laws or treaties is a federal question case under 28 U.S.C. § 1332,

②

a case in which a citizen of one state or nation is sued by a citizen of another state and the amount at stake is more than $75,000.00 is a diversity of citizenship case.

In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

Basis for federal court jurisdiction is a federal question under 28 U.S.C § 1331.

Violation of Police Conduct, Failure To Arrest, Suspended License Driver Operator, Denial of Negligence & Due Process Violations &

③

Being Author of Inaccurate Car Accident Report.

3. The amount in controversy-the amount the Plaintiff claims the defendant(s) owes, or the amount at stake-is more than $75,000.00 not counting interest and costs of Court because Plaintiff and courts have ongoing expenses due to denial by the defendant(s) of federal question under 28 U.S.C §1331 jurisdiction.

III. Statement of Claim

On January 28, 2017, I, the Plaintiff, Robert W. Johnson, was a passenger in Demetrius Moore, 2008 Chevy Trailblazer in a rear-end accident done by Maureen Fabre

(4)

License # 892113147 of 17 15th Street,; APT No. 4 in Buffalo, NY 14213 in her 1999 Oldsmobile. (see EXHIBITS 1) Demetrius Moore made a left turn onto Walden Ave. from Rohr St. Seconds later, Maureen Fabre rear-ended the vehicle we were in causing Plaintiff serious injuries and pain and suffering. Each defendant caused Plaintiff to suffer as the vehicle who struck me driver was a suspended license driver that was not arrested after permanently injuring Plaintiff and disabling Plaintiff. Additionally, the author Police Officer Poblocki; Badge No. 172575 did not write down accurate car accident

(5)

description notes.
The defendants have violated the Plaintiff's civil rights for failure to arrest a suspended license driver who injured a person(s), Failed to follow proper police conduct, Denial and negligence in properly responding immediately to a car accident in which is a violation of Due Process Rights of Plaintiff.

IV. Relief Sought by Plaintiff is Punitive Damages and sanctions in the amount of $100 million dollars under 28 U.S.C §1331 federal question.

March 25, 2019

(6)

Robert W. Johnson
Robert W. Johnson

# EXHIBITS

# POLICE ACCIDENT REPORT
MV-104A (6/04)
**☒ AMENDED REPORT**   DMV COPY

Local Codes: 17-028-0842 / 102

C-102 (102)

| Field | Value |
|---|---|
| Accident Date | Month 1, Day 28, Year 2017 |
| Day of Week | Saturday |
| Military Time | 2142 |
| No. of Vehicles | 2 |
| No. Injured | 1 |
| No. Killed | 0 |
| Not Investigated at Scene | ☐ |
| Accident Reconstructed | ☐ |
| Left Scene | ☐ |
| Police Photos | ☐ Yes ☐ No |

☒ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

## Vehicle 1
- Driver License ID Number: 892113147  State: NY
- Driver Name: FABRE, MAUREEN
- Address: 17 15TH ST, Apt. 4
- City: BUFFALO  State: NY  Zip: 14213
- DOB: 10/07/99  Sex: F
- No. of Occupants: 2
- Name on registration: WILSON, JACLYN  Sex: F  DOB: 4/29/97
- Address: 116 ISABELLE ST  Apt. 2F
- City: BUFFALO  State: NY  Zip: 14207
- Plate: HMG3881  State: NY  Year/Make: 1999 OLDS  Type: 4DS  Ins. Code: 093
- Ticket/Arrest Number: BU076KTT3H
- Violation Section: 511A V&T

## Vehicle 2
- Driver License ID Number: 324277805  State: NY
- Driver Name: MOORE, DEMETRIUS
- Address: 61 TARKINGTON
- City: N. TONAWANDA  State: NY  Zip: 14150
- DOB: 6/24/1983  Sex: M
- No. of Occupants: 2
- Name on registration: DRIVER
- Plate: FWP6352  State: NY  Year/Make: 2008 CHEVY  Type: SUV  Ins. Code: 195

## Damage Codes
- Vehicle 1: Box 1 Point of Impact: 6  Box 2 Most Damage: 6  More: 3,4,5
- Vehicle 2: Box 1 Point of Impact: 9  Box 2 Most Damage: 9  More: 10,4,5

Accident Diagram: Sideswipe (same direction) circled

## Place Where Accident Occurred
- County: ERIE
- ☒ City ☐ Village ☐ Town of: BUFFALO
- Road: 143 WARDEN

## Accident Description / Officer's Notes
SEE ORIGINAL REPORT FOR NARRATIVE. ON 1/29/17 ROBERT JOHNSON CAME TO STATION TO REPORT HE WAS IN VEHICLE 2 WHEN IT WAS STRUCK. HE STATED HE WAS PICKED UP BY HIS GIRLFRIEND 15 MIN AFTER THE ACCIDENT AND ON 1/29/17 HE WENT TO SISTERS HOSPITAL FOR HEAD/NECK/BACK PAIN. VIDEO REQUESTED

| | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | | 4 | | 25 | F | - | - | 6 | - | FABRE, MAUREEN | - |
| B | 1 | 3 | 4 | | 25 | F | - | - | 6 | - | WILSON, JACLYN | - |
| C | 2 | 1 | 4 | | 33 | M | - | - | 6 | - | DEMETRIUS MOORE | - |
| D | 2 | 3 | 4 | 1 | 32 | M | 4 | 14 | 6 | - | JOHNSON, ROBERT | - |

Officer's Rank and Signature: PO  Print Name: POBLOCKI
Badge/ID No.: 172575  NCIC No.: 01401  Precinct: C  Station/Beat: 2
Date/Time Reviewed: 1/29/17 2040

01-30-'17 17:13 FROM- POLICE, INFO CIR 7168515173 T-489 P0002/0002 F-150

# POLICE ACCIDENT REPORT
MV-104A (6/04)

Local Codes: 17-628-0842 / 102
C-102 (2003)

☐ AMENDED REPORT  DMV COPY

**1. Accident Date:** Month 1, Day 28, Year 2017
**Day of Week:** Saturday
**Military Time:** 2142
**No. of Vehicles:** 2
**No. Injured:** 0
**No. Killed:** 0
Not Investigated at Scene ☐
Accident Reconstructed ☐
Left Scene ☐
Police Photos: ☐ Yes ☒ No

## VEHICLE 1
☒ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

**VEHICLE 1 - Driver License ID Number:** 892113147  **State of Lic.:** NY
**Driver Name:** FABRE, MAUREEN
**Address:** 17 15TH ST  **Apt. No.:** 4
**City or Town:** BUFFALO  **State:** NY  **Zip Code:** 14213
**Date of Birth:** 10/09/91  **Sex:** F  **Unlicensed:** ☐
**No. of Occupants:** 2  **Public Property Damaged:** ☐
**Name on registration:** WILSON, JACLYN  **Sex:** F  **DOB:** 04/29/91
**Address:** 116 ISABELLE ST  **Apt. No.:** 2F  **Haz. Mat. Code:**  **Released:** ☒
**City or Town:** BUFFALO  **State:** NY  **Zip Code:** 14207
**Plate Number:** HMG3851  **State of Reg.:** NY  **Vehicle Year & Make:** 1999 OLDS  **Vehicle Type:** 4DS  **Ins. Code:** 693
**Ticket/Arrest Number(s):** BU076KTT3H
**Violation Section(s):** 511A V&T

**VEHICLE 2 - Driver License ID Number:** 324277805  **State of Lic.:** NY
**Driver Name:** MOORE, DEMETRIUS DIAMOND
**Address:** 61 TARKINGTON
**City or Town:** N. TONAWANDA  **State:** NY  **Zip Code:** 14150
**Date of Birth:** 08/04/1983  **Sex:** M  **Unlicensed:** ☐
**No. of Occupants:** 1  **Public Property Damaged:** ☐
**Name on registration:** DRIVER
**Released:** ☒
**Plate Number:** GWP6352  **State of Reg.:** NY  **Vehicle Year & Make:** 2008 CHEVY  **Vehicle Type:** SUV  **Ins. Code:** 195

### Vehicle Checks
Vehicle 1: Not more than 95 inches wide; not more than 34 feet long; no permits
Vehicle 2: Same

**VEHICLE 1 DAMAGE CODES:** Box 1 - Point of Impact: 6, Box 2 - Most Damage: 6, more: 3, 4, 5
**VEHICLE 2 DAMAGE CODES:** Box 1 - Point of Impact: 9, Box 2 - Most Damage: 9, more: 10, 4, 5

Accident diagram: Sideswipe (same direction) circled

Cost of repairs to any one vehicle will be more than $1000. ☒ Unknown/Unable to Determine

### Place Where Accident Occurred:
**County:** ERIE  ☒ City ☐ Village ☐ Town of BUFFALO
**Road on which accident occurred:** 143 WALDEN

### Accident Description/Officer's Notes:
DRIVER 2 WAS SITTING IN PARKED VEHICLE. DRIVER 1 VEHICLE BEGAN TO FISH TAIL DUE TO SNOW COVERED ROADS. THE REAR END OF VEHICLE 2 STRUCK VEHICLE 1. DRIVER 1 LICENSE WAS SUSPENDED FROM UNANSWERED SUMMONS.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | | 4 | | 25 | F | — | — | 6 | | — | — | | FABRE, MAUREEN | — |
| B | 1 | 3 | 4 | | 25 | F | — | — | 6 | | — | — | | WILSON, JACLYN | — |
| C | 2 | | 4 | | 33 | M | — | — | 6 | | — | — | | DEMETRIUS MOORE | — |

**Officer's Rank and Signature:** PO MS  **Print Name:** POBLOCKI
**Badge/ID No.:** 1725D  **NCIC No.:** 0401  **Precinct:** C  **Station/Beat:** 32
**Date/Time Reviewed:** 1/29/17 0110

# Certificate of Service

I, Robert W. Johnson, certify that on March 25, 2019, I served a copy of civil action request to proceed as a poor person and a civil action application upon the following:

1. COURT CLERK
   500 Pearl St.
   New York, NY 10007

March 25, 2019

Robert W. Johnson
Robert W. Johnson

ROBERT W. JOHNSON
3345 FISH AVE.
APT. 1
BRONX, NY 10469

 

USM P3
SDNY

COURT CLERK
500 PEARL ST.
NEW YORK, NY 10007

Pro Se

RECEIVED
SDNY PRO SE OFFICE
2019 APR -2 PM 2:03
S.D. OF N.Y.

RECEIVED
2019 APR -1 PM 3:45
CLERK'S OFFICE
S.D.N.Y.